# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | Carlos Morales & Mandi Marie Miranda | | |
| **Case Number:** | 2:10-bk-09623-GBN | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 05, 2010 02:30 PM   7TH FLOOR #702 | | |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN | | |
| **Courtroom Clerk:** | JAN HERNANDEZ | | |
| **Reporter / ECR:** | ANNETTE AGUILAR | | |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK.

**R / M #:**   32 / 0

## Appearances:

MARK R. ATCHLEY, ATTORNEY FOR CARLOS MORALES/MANDI MARIE MIRANDA(T)
LEONARD J. MCDONALD, ATTORNEY FOR WELLS FARGO BANK

## Proceedings:

MR. MCDONALD NOTES THAT AN AMENDED PLAN WAS FILED.  A CONTINUANCE IS REQUESTED.

MR. ATCHLEY IS FINE WITH A CONTINUANCE.

THE COURT:  A CONTINUED HEARING IS SET FOR NOVEMBER 5, 2010 AT 10:15 A.M.  PENDING FURTHER ORDER, THE AUTOMATIC STAY REMAINS IN EFFECT.  THE COURT WILL SIGN OFF ON A STIPULATED ORDER IF ONE IS AVAILABLE.