# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | Carlos Morales & Mandi Marie Miranda |
| **Case Number:** | 2:10-bk-09623-GBN     **Chapter:** 13 |
| **Date / Time / Room:** | FRIDAY, NOVEMBER 05, 2010 10:15 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## *Matter:*

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK.(FR. 10-05)

**R / M #:**   32 / 0

## *Appearances:*

LEONARD J. MCDONALD, ATTORNEY FOR WELLS FARGO BANK

## *Proceedings:*

MR. MCDONALD SEEKS A CONTINUANCE, NOTING THAT THERE ARE A COUPLE OF ISSUES THEY ARE TRYING TO RESOLVE.  IT IS NOTED THAT THERE IS AN ESCROW SHORTAGE.

**THE COURT:  IF NEEDED, A CONTINUED HEARING IS SET FOR DECEMBER 16, 2010 AT 1:30 P.M. PENDING FURTHER ORDER, THE AUTOMATIC STAY REMAINS IN EFFECT.**